UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | **ORDER FOR DISMISSAL** |
| v. | No. 04-CR-362 |
| LUISA CORNIELLE, | Hon. Gary L. Sharpe |
|            Defendant. | U.S. District Judge |

---

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses, Indictment No. 04-CR-362 returned on July 14, 2004 as against LUISA CORNIELLE.

October 18, 2005

GLENN T. SUDDABY
UNITED STATES ATTORNEY

BY: *[signature]*

Paul D. Silver
Assistant U.S. Attorney
Bar Roll No. 102610

\* \* \*

Leave of Court is granted for the filing of the foregoing dismissal, without prejudice, as against LUISA CORNIELLE

Dated: October 19, 2005

_____
GARY L. SHARPE
UNITED STATES DISTRICT JUDGE